**BOYD RICHARDS**
**Parker | Colonnelli**

**MEMO ENDORSED**

Elissa Rossi, Esq.
erossi@boydlawgroup.com
New York Office

August 9, 2021

<u>via ECF</u>
Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Xia, et al. v. 65 West 87th Street Housing Development Fund Corporation et al.*,
      **Case No. 1:20-cv-03576 (ER)**

Dear Judge Ramos:

We represent defendants 65 West 87th Street Housing Development Fund Corporation (the "Coop"), Christine Elbert, Anthony Sarmiento, and Angela Rojo (collectively, the "Defendants"). Pursuant to your Honor's Individual Practices, I write to request that Defendants' response to the August 3, 2021 submission by Bruce Cholst, Esq., counsel to non-party Samantha Pinkowitz, in further support of Defendants' request for an order compelling Ms. Pinkowitz to appear for deposition, be filed under seal.

By way of background, pursuant to the Court's August 4, 2021 memo-endorsed order, on August 6, 2021, we submitted our response to the Ms. Pinkowitz' August 3 submission via ECF as Document No. 88. Inadvertently, our letter was filed to the open docket rather than in conjunction with a request to seal. As the filing was done after the close of business, we were not able to contact the Court's ECF Helpdesk on this issue until today. Earlier today, I discussed our filing with your Courtroom Deputy Clerk, Ms. Rivera, who advised that Defendants should request that the ECF Helpdesk place a temporary seal on the document and then file via ECF a request to seal. The ECF Helpdesk placed a temporary seal on our August 6 response, ECF Document No. 88, as of noon today.

Defendants seek permission to file our response to Ms. Pinkowitz' August 3 submission under seal because Defendants' response recites some of the sensitive information set forth in Ms. Pinkowitz' submission. As Ms. Pinkowitz sought and was granted leave to file her submission under seal due to the sensitive information it includes, we believe that filing the response under seal is appropriate.

**BOYD RICHARDS**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

We thank the Court for its consideration of this request.

                                           Respectfully submitted,

                                           Elissa Rossi, Esq.

Cc: Alanna Kaufman, Esq. (*via* ECF)
     Bruce Cholst, Esq. (*via* email on consent)

> The request to file Defendants' response under seal is GRANTED. It is SO ORDERED.
>
>                                       _____
>                                       Edgardo Ramos, U.S.D.J
>                                       Dated: 8/9/2021
>                                       New York, New York