**BOYD RICHARDS**
Parker | Colonnelli

Jacqueline Aiello, Esq.
jaiello@boydlawgroup.com
New York Office

December 17, 2021

**MEMO ENDORSED**

The application is __x__ granted
                   ____ denied

via ECF
Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

_____
Edgardo Ramos, U.S.D.J
Dated: __12/17/2021__
New York, New York

      **Re:**    *Xia, et al. v. 65 West 87th Street Housing Development Fund Corporation et al.*,
            **Case No. 1:20-cv-03576 (ER)**

Dear Judge Ramos:

      We represent the Defendants in the above-referenced action. The Court's December 1st order directed the undersigned and Samantha Pinkowitz's counsel to submit a proposed protocol for taking Ms. Pinkowitz' testimony by written deposition. We write to request a brief extension of time, to December 23, 2021, to submit the proposed protocol. This extension is necessary to allow Ms. Pinkowitz' counsel to confer with her physician.

      Defendants have provided a proposed protocol to Ms. Pinkowitz' counsel. The protocol provides for Ms. Pinkowitz to be deposed by written questions, consistent with FRCP 31 under a time frame where the deposition will be complete in or around mid-February. Ms. Pinkowitz' counsel has advised that Ms. Pinkowitz' step-father objects to her being required to respond to questions orally. Ms. Pinkowitz' counsel would like to confer with Ms. Pinkowitz' physician as to her current health status and any issues that providing oral responses might raise, but has been unable to do so as yet. For this reason, we request a brief extension.

      We thank the Court for its consideration of this matter.

                                      Respectfully submitted,

                                      /s/ Jacqueline L. Aiello

                                      Jacqueline L. Aiello

Cc: Alanna Kaufman, Esq. (*via* ECF)
     Bruce Cholst, Esq. (*via* email on consent)

**BOYD RICHARDS**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |