UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EVA XIA and PAUL PRIVITERA,

                Plaintiffs,

    v.                                          **ORDER**

65 WEST 87TH STREET HOUSING             20 Civ. 3576 (ER)
DEVELOPMENT FUND CORPORATION,
CHRISTINE ELBERT, ANTHONY
SARMIENTO, and ANGELA ROJO,

                Defendants.
_____

RAMOS, D.J.

        On December 27, 2021, the Court granted the parties' request that the Court approve of their agreed upon protocol for taking Ms. Pinkowitz's testimony by written deposition. Docs. 106, 107. To date, there has been no further activity in this case.

        The parties are hereby directed to submit a joint status report regarding the case by **April 20, 2022**.

        It is SO ORDERED.

Dated:  April 13, 2022
           New York, New York

                                                                             Edgardo Ramos, U.S.D.J.