**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

June 30, 2022

**By ECF**

Hon. Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Xia, et al. v. 65 West 87th Street Hous. Dev. Fund Corp., et al.*,
              No. 20 Civ. 3576 (ER)

Dear Judge Ramos:

    This firm represents Plaintiffs in this action. Pursuant to ECF No. 115, we write on behalf of all parties to provide a joint status update.

    The parties were unable to reach a resolution during mediation on June 23. Accordingly, the parties respectfully request that the Court order the following schedule for summary judgment briefing:

- August 19, 2022: Deadline to submit moving papers
- September 30, 2022: Deadline to submit response papers
- October 28, 2022: Deadline to submit reply papers

    We thank the Court for its time and attention to this matter, and we are available to discuss further at the Court's convenience if needed.

                                                Respectfully submitted,

                                                /s Alanna Kaufman

                                                Alanna Kaufman
                                                David A. Lebowitz

CC. All counsel via ECF.