**BOYD RICHARDS**
**Parker | Colonnelli**

## MEMO ENDORSED

Jacqueline Aiello, Esq.
jaiello@boydlawgroup.com
New York Office

> The defendants are granted leave to re-file their summary judgment motion to correct filing deficiencies. It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: _August 29, 2022_
> New York, New York

August 29, 2022

<u>via ECF</u>
Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Xia, et al. v. 65 West 87th Street Housing Development Fund Corporation et al.*,
Case No. 1:20-cv-03576 (ER)

Dear Judge Ramos:

We represent the Defendants in the above-referenced action and write to advise the Court of a practical issue concerning Defendants' recent summary judgment filing.

On Friday, August 26, 2022, Defendants filed their summary judgment motion (ECF Docs. No. 122-128). Due to technical issues encountered during the filing, the related papers were filed deficiently (although they were uploaded, with the exception of Exhibit V which the system would not permit filing as it identified the file as "corrupt"). We have advised Plaintiffs' counsel that we wish to reupload all of the documents to correct the filing deficiencies and counsel has consented to our re-filing the motion papers and to deem the motion timely filed, provided that there are no changes made to the filing. We advised counsel that there would be no changes made to the motion, other than ensuring that the "corruption" within Exhibit V is corrected so that it can be uploaded, and adding exhibit tabs to the motion. Plaintiffs' counsel has consented to these corrections. As such, we respectfully request that the Court deem the re-filed motion timely, which will be completed today.

Respectfully submitted,

Jacqueline Aiello, Esq.

Cc: Alanna Kaufman, Esq. (*via* ECF)

**BOYD RICHARDS**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |