UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVA XIA and PAUL PRIVITERA,                                          :
                                                                     :
                                                   Plaintiffs,       :
                                                                     :    Case No.: 20-cv-3576 (ER)
                    - against -                                      :
                                                                     :    **NOTICE OF MOTION**
65 WEST 87TH STREET HOUSING DEVELOPMENT                              :
FUND CORPORATION, CHRISTINE ELBERT,                                  :
SAMANTHA PINKOWITZ, ANTHONY SARMIENTO,                               :
and ANGELA ROJO,                                                     :
                                                                     :
                                                   Defendants.       :
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Affirmation of Jacqueline L. Aiello, dated August 26, 2022, the exhibits annexed thereto, the Affidavit of Christine Elbert, sworn to August 26, 2022, the Affidavit of Anthony Sarmiento, sworn to August 26, 2022, the Affidavit of Angela Rojo, sworn to August 26, 2022, Defendants' Statement of Undisputed Material Facts, the accompanying memorandum of law, and all the pleadings and proceedings herein, defendants will move this Court before United States District Judge Edgardo Ramos, Courtroom 619 at the United States Courthouse located at 40 Foley Square, New York, New York, on a date and time to be set by the Court, for an order, pursuant to FRCP 56, dismissing the Complaint in its entirety.

DATED:   New York, New York
         August 26, 2022

                              **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
                              *Attorneys for Defendants*

                              By: _____/s/_____
                                   Jacqueline L. Aiello
                                   1500 Broadway, Suite 505
                                   New York, NY  10036